JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CURTIS RAY WEAVER,** | ) | NO. CV 18-10511-FMO (KS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **R.C. JOHNSON, Warden,** | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 6, 2020

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE